IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THOMAS D. WALLER                                                 PLAINTIFF

                     v.                      Civil No. 06-1044

KEN JONES, Union County
Sheriff; LT. EASTER, Union
County Jail Commander; and
BILL HICKMAN, Investigator,
Union County                                             DEFENDANTS

## **ORDER**

On November 3, 2006, the parties filed a joint motion to dismiss this case (Doc. 24). The motion indicates the parties have entered into a settlement agreement which requires the dismissal of this action with prejudice.

The motion to dismiss is granted. This case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of November 2006.

                                                  /s/ Harry F. Barnes
                                                  HON. HARRY F. BARNES
                                                  UNITED STATES DISTRICT JUDGE